IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AVENAL POWER CENTER, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:10-cv-00383-RJL |
| | ) | (Hon. Richard J. Leon) |
| U.S. ENVIRONMENTAL PROTECTION | ) | |
| AGENCY and LISA P. JACKSON, in her | ) | |
| capacity as Administrator of the | ) | PROPOSED ORDER |
| U.S. Environmental Protection Agency | ) | |
| | ) | |
| Defendants. | ) | |

Having received DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT on September 17, 2010, the Court hereby grants such motion. The Regional Air Division Director for EPA Region 9 must grant or deny Plaintiff Avenal's PSD permit application no later than December 31, 2010. Plaintiff's MOTION FOR JUDGMENT ON THE PLEADINGS is denied.

                                                                          So ordered.

Dated:_____     _____
                                                       The Honorable Richard J. Leon
                                                       United States District Judge