IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVENAL POWER CENTER, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. ENVIRONMENTAL PROTECTION ) <br> AGENCY and LISA P. JACKSON, in her ) <br> capacity as Administrator of the ) <br> U.S. Environmental Protection Agency ) <br> ) <br> Defendants. ) <br> _____) | Case No.: 1:10-cv-00383-RJL <br> (Hon. Richard J. Leon) |

**NOTICE TO THE COURT REGARDING TIMING OF EPA ACTION ANTICIPATED IN DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants wish to notify the Court that EPA believes that the date by which EPA said it could act on Plaintiff's permit application in Defendants' Memorandum in Support of Cross-Motion for Summary Judgment (and Opposition to Plaintiff's Motion for Judgment on the Pleadings) and Reply Brief is no longer attainable. Defendants state as follows:

1. The Complaint alleges that EPA failed to grant or deny Plaintiff's Clean Air Act ("CAA") Prevention of Significant Deterioration ("PSD") permit application as mandated by CAA § 165(c), 42 U.S.C. § 7475(c), and seeks declaratory and injunctive relief and costs and attorneys' fees.

2. On August 25, 2010, Plaintiff filed a Motion for Judgment on the Pleadings. On September 17, 2010, Defendants cross-moved for summary judgment, specifying December 31, 2010, as the date by which EPA could act on Plaintiff's permit application. The motions were fully briefed on October 22, 2010. See Docket entries 12-24.

3. In Defendants' Memorandum in Support and Reply Brief, Defendants explained that Plaintiff must demonstrate compliance with the recently-promulgated 1-hour nitrogen dioxide national ambient air quality standard ("hourly NO2 standard") before EPA can issue Plaintiff a PSD permit, and that EPA was reviewing technical information received from Plaintiff on September 13, 2010, to determine its adequacy.

4. In the briefs, EPA stated that if Plaintiff submitted significant additional information later than September 13, 2010, EPA would need to request an extension from the Court for issuing a final permit decision.

5. EPA has determined and informed Plaintiff that the information submitted by Plaintiff on September 13, 2010, is not sufficient to demonstrate compliance with the hourly NO2 standard.

6. In mid-November, EPA met with Plaintiff in person and over the phone to discuss what additional information is necessary.

7. Plaintiff recently stated that it is willing to continue working with EPA to demonstrate compliance with the hourly NO2 standard. However, Plaintiff has also stated that it is unwilling to consent to a stay of the litigation while EPA and Plaintiff attempt to resolve this issue.

8. Accordingly, EPA is evaluating its options and has not yet decided how to proceed with respect to Plaintiff's permit application. Defendants will alert the Court of its new plan as soon as possible, but no later than December 17, 2010.

Dated: November 30, 2010						Respectfully submitted,

                                        IGNACIA S. MORENO
                                        Assistant Attorney General
                                        Environment and Natural Resources Division
                                        _____/S/_____
                                        STEPHANIE J. TALBERT, Trial Attorney
                                        United States Department of Justice
                                        Environment and Natural Resources Division
                                        Environmental Defense Section
                                        P.O. Box 23986
                                        Washington, D.C. 20026-3986
                                        Telephone:	(202) 514-2617
                                        Facsimile:	(202) 514-8865
                                        E-mail:		stephanie.talbert@usdoj.gov


## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing NOTICE TO THE COURT with the clerk of the court for the United States District Court for the District of Columbia using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record:

LaShon K. Kell
Jeffrey R. Holmstead
BRACEWELL & GIULIANI LLP
2000 K Street, NW, Suite 500
Washington, DC 20006

                                         _/s/ *Stephanie J. Talbert*
                                         STEPHANIE J. TALBERT