IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AVENAL POWER CENTER, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:10-cv-00383-RJL |
| | ) | (Hon. Richard J. Leon) |
| U.S. ENVIRONMENTAL PROTECTION | ) | |
| AGENCY and LISA P. JACKSON, in her | ) | |
| capacity as Administrator of the | ) | PROPOSED ORDER |
| U.S. Environmental Protection Agency | ) | |
| | ) | |
| Defendants. | ) | |

Having received the parties' JOINT MOTION TO STAY LITIGATION on December 17, 2010, the Court hereby grants such motion. All proceedings in the instant matter are stayed until January 7, 2011.

So ordered.

Dated:_____            _____
                                  The Honorable Richard J. Leon
                                  United States District Judge