

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
WASHINGTON, D.C. 20460

MAR -1 2011

THE ADMINISTRATOR

**MEMORANDUM**

SUBJECT:   Temporary Delegation of Authority to Authorize Assistant Administrator for the Office of Air and Radiation to Issue Decision on Prevention of Significant Deterioration Permit Application submitted by Avenal Power Center LLC

TO:   Gina McCarthy
Assistant Administrator
Office of Air and Radiation

    I hereby grant the assistant administrator for the Office of Air and Radiation the authority under section 165 of the Clean Air Act and U.S. Environmental Protection regulations at 40 CFR § 52.21 and 40 CFR Part 124 to issue a final permit decision on the application for a Prevention of Significant Deterioration (PSD) submitted to the EPA in February 2008 by Avenal Power Center LLC. This application seeks a permit to construct a 600 MW (net) electric generating facility in Kings County, California, consisting of two GE 7FA combustion turbines generators, two heat recovery steam generators, one steam turbine generator and associated equipment.

    As to the procedures in 40 CFR Part 124, this delegation authorizes the assistant administrator for the Office of Air and Radiation to exercise authority applicable to PSD permit applications that is assigned to the regional administrator under the terms of 40 CFR Part 124. This includes the authority to issue a final permit decision under section 40 CFR § 124.15 and to take any other action assigned to a regional administrator under Part 124 that the assistant administrator determines is necessary to reach a final permit decision on the permit application described above. This delegation does not authorize the assistant administrator for the Office of Air and Radiation to exercise authority provided in section 124.19 of the regulations to consider any petition for review of the final permit decision, but authorizes the assistant administrator to publish notice of final agency action pursuant to section 124.19(f)(2).

    This temporary delegation of authority will remain in effect for one year from the date of approval unless extended or superceded by a subsequent delegation(s). This authority may not be redelegated further.

References: Delegation 7-24.

Lisa P. Jackson