DELEGATIONS MANUAL                                        1200 TN 441
                                                         5/6/97

## CLEAN AIR ACT

### 7-10.  Approval/Disapproval of State Implementation Plans

#### 1.  AUTHORITY.

a.  To propose or take final action on any State implementation plan under Section 110 of the Clean Air Act.

b.  To propose or take final action on any request to redesignate an area under Section 107(d) of the Clean Air Act.

c.  To propose or take final action on any standard of performance plan under Section 111(d) of the Clean Air Act.

#### 2.  TO WHOM DELEGATED.  Regional Administrators.

#### 3.  LIMITATIONS.

a.  This delegation does not apply to any Federal Register notice taking final action on a State implementation plan submittal or redesignation request for which adverse comments were received and for which the Office of General Counsel was not provided an opportunity for review.

b.  This delegation does not apply to proposed or final federal register notices that establish an alterative interpretation from any established agency policies where these interpretations have not been reviewed through the consistency process described in the SIP Improvement Workgroup Final Report dated April 1995.

#### 4.  REDELEGATION AUTHORITY.  This authority may not be redelegated.

#### 5.  ADDITIONAL REFERENCES.

a.  Section 107(d) of the Clean Air Act, 42 U.S.C. §7407(d), as amended by the Clean Air Act Amendments of 1990, Pub. L. No. 101-549, 104 Stat. 2399.

b.  Section 110 of the Clean Air Act, 42 U.S.C. §7410, as amended by the Clean Air Act Amendments of 1990, Pub. L. No. 101-549, 104 Stat. 2399, 2404.

c.  Section 301(a)(1) of the Clean Air Act, 42 U.S.C. §7601(a)(1), as amended by the Clean Air Act Amendments of 1990, Pub. L. No. 101-549, 104 Stat. 2399, 2467.

d.  Section 111(d) of the Clean Air Act, 42 U.S.C. §7411(d), as amended by the Clean Air Act Amendments of 1990, Pub. L. No. 101-549, 104 Stat. 2399, 2467.