IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AVENAL POWER CENTER, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:10-cv-00383-RJL |
| | ) | (Hon. Richard J. Leon) |
| U.S. ENVIRONMENTAL PROTECTION | ) | |
| AGENCY and LISA P. JACKSON, in her | ) | |
| capacity as Administrator of the | ) | |
| U.S. Environmental Protection Agency | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants hereby notify the Court of the Order Governing Petitions For Review Of

Clean Air Act New Source Review Permits ("Order") issued by the EPA Environmental Appeals

Board ("EAB") on April 19, 2011, attached hereto as Exhibit A.  The Order is relevant to the

motions pending before the Court regarding the appropriate remedy for EPA's failure to grant or

deny Plaintiff's application for a Prevention of Significant Deterioration ("PSD") permit within

one year after filing of a complete application as required under Clean Air Act section 165(c), 42

U.S.C. § 4245(c), because the Order adopts certain procedures for "facilitat[ing] expeditious

resolution" of PSD permit appeals to the EAB.

Dated: April 28, 2011                    Respectfully submitted,


IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

*/S/ Stephanie J. Talbert*
STEPHANIE J. TALBERT, Trial Attorney

United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone:       (202) 514-2617
Facsimile:       (202) 514-8865
E-mail:          stephanie.talbert@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing NOTICE OF SUPPLEMENTAL AUTHORITY with the clerk of the court for the United States District Court for the District of Columbia using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record:

LaShon K. Kell
Jeffrey R. Holmstead
BRACEWELL & GIULIANI LLP
2000 K Street, NW, Suite 500
Washington, DC 20006

  /s/ *Stephanie J. Talbert*
STEPHANIE J. TALBERT