UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AVENAL POWER CENTER, LLC,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**U.S. ENVIRONMENTAL PROTECTION AGENCY,** *et al.*,<br><br>        **Defendants.** | Case No. 10-cv-00383 (RJL)<br>(Hon. Richard J. Leon) |

**PLAINTIFF AVENAL POWER CENTER, LLC'S
NOTICE TO THE COURT REGARDING FEE SETTLEMENT**

Plaintiff Avenal Power Center, LLC ("Avenal") hereby notifies the Court that the parties have reached a settlement on the fees owed Avenal following the Court's May 26, 2011 Order [Dkt #44] and Defendant U.S. Environmental Protection Agency's August 26, 2011 grant of Avenal's Prevention of Significant Deterioration permit application.

1.    On November 21, 2011, the parties executed a fee settlement agreement ("Fee Settlement") that settles Avenal's claim for costs of litigation, including attorneys' fees.

2.    Pursuant to the Fee Settlement, the Defendants will pay the agreed upon amount as soon as reasonably practicable.

3.    Pursuant to the Fee Settlement, Avenal reserves the right to file a motion for costs of litigation, including reasonable attorneys' fees, should the Defendants fail to pay the agreed upon amount within 90 days of the date of the fully executed Fee Settlement.

Date:  <u>December 1, 2011</u>　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　<u>      /s/ LaShon K. Kell                            </u>
　　　　　　　　　　　　　　　　　　　LaShon K. Kell, Esq.  (DC Bar #483465)
　　　　　　　　　　　　　　　　　　　BRACEWELL & GIULIANI LLP
　　　　　　　　　　　　　　　　　　　2000 K Street, N.W., Suite 500
　　　　　　　　　　　　　　　　　　　Washington, DC  20006
　　　　　　　　　　　　　　　　　　　Telephone:  (202) 828-5816
　　　　　　　　　　　　　　　　　　　Facsimile:   (202) 857-4835
　　　　　　　　　　　　　　　　　　　E-mail:  lashon.kell@bgllp.com


　　　　　　　　　　　　　　　　　　　<u>      /s/ Jeffrey R. Holmstead                   </u>
　　　　　　　　　　　　　　　　　　　Jeffrey R. Holmstead (DC Bar #457974)
　　　　　　　　　　　　　　　　　　　BRACEWELL & GIULIANI LLP
　　　　　　　　　　　　　　　　　　　2000 K Street, N.W., Suite 500
　　　　　　　　　　　　　　　　　　　Washington, DC 20006-1872
　　　　　　　　　　　　　　　　　　　Telephone: (202) 828-5852
　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 857-4812
　　　　　　　　　　　　　　　　　　　E-mail:   jeff.holmstead@bgllp.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff,*
　　　　　　　　　　　　　　　　　　　*Avenal Power Center, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of December 2011, a true and complete copy of the foregoing *Plaintiff Avenal Power Center, LLC's Notice to the Court Regarding Fee Settlement* was served by the Court's electronic filing system on the following registered participants:

>Stephanie J. Talbert, Esquire
>Environmental Defense Section
>U.S. Department of Justice
>P.O. Box 23986
>Washington, DC  20026-3986
>E-mail:  stephanie.talbert@usdoj.gov
>
>*Counsel for Defendants*
>*U.S. Environmental Protection Agency and*
>*Lisa P. Jackson, Administrator (EPA)*

and by first class mail, postage pre-paid, on the following:

>Brian Doster, Esquire
>Office of General Counsel
>U.S. Environmental Protection Agency
>1200 Pennsylvania Avenue, N.W.
>Mail Code 2344A
>Washington, DC  20460
>
>Julie Walters, Esquire
>U.S. Environmental Protection Agency
>Region 9
>75 Hawthorne St., Mail Code ORC-2
>San Francisco, CA  94105
>
>*Counsel for Defendants*
>*U.S. Environmental Protection Agency and*
>*Lisa P. Jackson, Administrator (EPA)*

>       */s/ LaShon K. Kell*
>      LaShon K. Kell, Esq.  (DC Bar #483465)

#3887422